# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  WESLEY J. TIGGES                                        Case Number: 04-75017
        2214 CORONET ROAD                   SSN-xxx-xx-8303
        LOVES PARK, IL  61111

|  |  |
|---|---|
| Case filed on: | 10/7/2004 |
| Plan Confirmed on: | 12/17/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | WESLEY J. TIGGES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | RIVERSIDE COMMUNITY BANK | 11,750.00 | 11,750.00 | 11,750.00 | 0.00 |
| 002 | WASHINGTON MUTUAL | 54,951.25 | 0.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY TREASURER | 2,318.00 | 2,318.00 | 2,318.00 | 532.74 |
|  | Total Secured | 69,019.25 | 14,068.00 | 14,068.00 | 532.74 |
|  |  |  |  |  |  |
| 004 | BENEFICIAL | 4,888.25 | 4,888.25 | 164.34 | 0.00 |
| 005 | HOUSEHOLD FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 7,066.63 | 7,066.63 | 237.57 | 0.00 |
| 007 | RIVERSIDE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NCM TRST | 2,293.18 | 2,293.18 | 77.10 | 0.00 |
| 009 | THE GM CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | UNIFUND CCR PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CACV OF COLORADO LLC | 11,828.07 | 11,828.07 | 397.63 | 0.00 |
|  | Total Unsecured | 26,076.13 | 26,076.13 | 876.64 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 96,459.38 | 41,508.13 | 16,308.64 | 532.74 |

Total Paid Claimant:      $16,841.38
Trustee Allowance:          $1,158.62
Percent Paid Unsecured:        3.36

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                        /s/ Lydia S. Meyer
                    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                    By  /s/Heather M. Fagan